IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JANELLE V. BROTHERS,                    *

          Plaintiff                     *

vs.                                     *
                                            CASE NO. 3:07-CV-124 (CDL)
MICHAEL J. ASTRUE, Commissioner   *
of Social Security,
                                        *
          Defendant
_____       *


O R D E R


     After a *de novo* review of the record in this case, the
Recommendation filed by the United States Magistrate Judge on
January 21, 2009, is hereby approved, adopted, and made the Order of
the Court.

     IT IS SO ORDERED, this 23rd day of February, 2009.


                              S/Clay D. Land_____
                                   CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE